UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFERSONKING NWANEKE ANYANWU,

                Petitioner,

    v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. 2:24-cv-00964-LK-GJL

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has submitted a Motion seeking leave to proceed with this action *In Forma Pauperis* ("IFP"). Petitioner's IFP Motion demonstrates that he is unable to afford the $5.00 filing fee. The Motion (Dkt. 1) is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition (Dkt. 1-1) without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 3rd day of July, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO
PROCEED *IN FORMA PAUPERIS* - 1