UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERSONKING ANYANWU,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　Respondent. | C24-0964 TSZ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge, docket no. 13, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)　The Court ADOPTS the Report and Recommendation.

(2)　Petitioner's habeas petition, docket no. 1-1, is GRANTED with respect to the Petitioner's request for a bond hearing. Respondent shall provide Petitioner with an individualized bond hearing in accordance with the requirements outlined in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011) not later than 30 days from the date of this order.

(3)  Respondent Field Office Director is required to SHOW CAUSE by November 13, 2024, why the Warden of the Northwest ICE Processing Center should not be SUBSTITUTED as the proper respondent in this action.[1]

(4)  The Clerk is directed to send copies of this Order to Petitioner pro se, to counsel for Respondent, and to the Honorable Grady J. Leupold.

Dated this 30th day of October, 2024.

_____
Thomas S. Zilly
United States District Judge

---

[1] The Ninth Circuit has held that a petitioner "must name his immediate custodian, the Facility Administrator of GSA, as the respondent to his petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024). Petitioner has named the Field Office Director of Immigration and Customs Enforcement as the respondent to his petition.

ORDER ADOPTING REPORT AND RECOMMENDATION - 2