UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERSONKING ANYANWU,

           Petitioner,

  v.

ICE FIELD OFFICE DIRECTOR, *et al.*,

           Respondents.

C24-0964 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Respondents' Notice of Compliance, docket no. 19, and the Respondents' Response to Order to Show Cause, docket no. 20, the Court is satisfied that Respondent provided Petitioner with an individualized bond hearing pursuant to the Court's Order Adopting Report and Recommendation, docket no. 17, and hereby STRIKES the order to show cause as MOOT. The Clerk is DIRECTED to CLOSE this case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of November, 2024.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1