UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERSONKING ANYANWU,

                Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

C24-0964 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's Motion to Enforce, docket no. 23, is DENIED. The Court's prior Order, docket no. 17, required Respondent to provide an individualized bond hearing in accordance with *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), and the Court found that Respondent complied with that directive and closed the case, *see* docket no. 22. The relief granted was limited and did not include ongoing judicial supervision or review of the outcome of the bond hearing. To the extent Petitioner challenges the application of the burden of proof by the Immigration Judge, such claims must be raised through appropriate immigration or appellate proceedings.

(2) The Clerk is directed to send a copy of this Minute Order to Petitioner pro se. Nothing shall be docketed in this case after entry of this Minute Order absent prior approval by the Court.

Dated this 11th day of April, 2025.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 1